JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISHOY HANNA,<br><br>            Plaintiff,<br><br>      v.<br><br>JOSH FREEMAN STINN, *et al.*,<br><br>            Defendants. | Case No. 2:24-cv-00546-FLA (BFMx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

1

# **ORDER**

On January 22, 2024, Plaintiff Bishoy Hanna ("Plaintiff" or "Hanna") in pro se filed the Complaint in this action, asserting three causes of action against Defendants the Honorable Josh Freeman Stinn ("Judge Stinn"), Crystal Boultinghouse ("Boultinghouse"), and Sarah Gianella ("Giannella") (collectively, "Defendants"). Dkt. 1.  On March 18, 2024, Plaintiff filed the operative First Amended Complaint ("FAC"), asserting five causes of action for: (1) conspiracy; (2) violation of due process; (3) violation of 18 U.S.C. § 1962; (4) malicious prosecution; and (5) discrimination in violation of the equal protection clause.  Dkt. 25 ("FAC").

Plaintiff dismissed Defendants Giannella, Boultinghouse, and Judge Stinn from this action on June 13, 19, and 20, 2024, respectively, pursuant to Fed. R. Civ. P. 41(a).  Dkts. 55, 57, 58.  As Plaintiff has dismissed all Defendants from this action, the court DISMISSES the action in its entirety, without prejudice.  *See* Fed. R. Civ. P. 41(a)(1).  Judge Stinn's Motion to Dismiss the FAC (Dkt. 28) is DENIED without prejudice as moot.

IT IS SO ORDERED.

Dated: June 24, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge